In the Matter of the Application of Lawrence Waterbury, Appellant, v. Grosvenor Nicholas and Paul L. Kiernan, Attorneys at Law, Respondents.— Order affirmed, with ten dollars costs and disbursements, without prejudice to the right of the client to bring an action against the attorneys. No opinion.

Henry W. Shoemaker and Others, Copartners Doing Business under the Firm Name and Style of Shoemaker, Bates & Company, Respondents, v. Hiram Burlingham, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Carroll Le Roy Mosher, Respondent, for a Peremptory Writ of Mandamus against Foster Crowell, as Commissioner of the Department of Street Cleaning of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of the City of New York, Appellant, Relative to Acquiring Title, etc., to the Lands and Premises Required for the Opening and Extending of the Approaches to Madison Avenue Bridge, over the Harlem River, in the Twelfth Ward, Borough of Manhattan, City of New York. John Sergeant Cram, as Sole Surviving Executor, etc., of Henry A. Cram, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham and Scott, JJ., dissenting.)

The People of the State of New York ex rel. Hugh J. O'Neill, Appellant, v. Frank L. Polk and Others, Comprising the Municipal Civil Service Commission of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

J. Schwarzwalder & Sons, Respondent, v. Quinn & Nolan Beverwyck Brewing Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion.

Augustus Van Horne Stuyvesant, Respondent, v. Nathan E. Bloch, Appellant, Impleaded with Edward F. Kealey and Charles Schindler, Described in the Summons and Complaint as John Doe, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Elise H. M. Holt, Respondent, v. Franklin W. Hopkins, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jared F. Harrison, Respondent, v. Hartford Life Insurance Company, Respondent. In the Matter of James S. Greves, Appellant, for Leave to Intervene.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George Gordon Hastings, as Executor, etc., of Rosalie Tousey Hastings, Deceased, Appellant, v. Ingersoll Lockwood and Others, Respondents, Impleaded with Milton Berolzhime and Jedediah T. Paine, as Administrator, etc., of Jennie M. Paine, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Horace Russell and Edward D. Harris, as Executors of and Trustees under the Last Will and Testament of Henry Hilton, Deceased, Appellants, v. Isaac N. Heidelberg and Hope Clothing Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Riverside Bank, Respondent, v. Charles Bary and Michael Jacobs, Impleaded with Eugene Van Schaick, Appellant. Riverside Bank, Respondent, v. Simon